UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HARRY T. NUCKOLS,

    Petitioner,

v.

PAUL SCHULTZ,

    Respondent.

Civil Action No. 07-2319 (RBK)

**O R D E R**

For the reasons set forth in the Opinion filed herewith,

**IT IS on this** 8th **day of** June **, 2007, ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED; and it is further

**ORDERED** that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon all parties, and shall close the file on this matter.

           s/Robert B. Kugler
           ROBERT B. KUGLER
           United States District Judge